AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

BRANDON PHILLIP FORBES,

    Petitioner,

              v.

WARDEN, FOLKSTON ICE
PROCESSING CENTER, et al.,

    Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:

    5:26-cv-088

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated February 25, 2026, Respondent's motion to dismiss is granted, and Petitioner's 28 U.S.C. § 2241 petition and motions for interim relief are denied as moot.

Additionally, Petitioner is denied leave to appeal in forma pauperis. This case stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date February 25, 2026

John E. Triplett, Clerk of Court

Clerk

*(By) Deputy Clerk*